IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN LUCZKOVICH,

    Plaintiff,

vs.                                                                CIV 11-0923 JCH/KBM

WALMART ASSOCIATES,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND DISMISSING ACTION WITHOUT PREJUDICE

The Magistrate Judge filed her proposed findings on October 26, 2011, and recommended that Plaintiff's motion to proceed IFP be denied and his Complaint dismissed without prejudice under § 1915(e)(2)(B)(ii). *See Doc. 7* at 6. The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. *See id.* at 1, n.1  The time to file objections expired on November 14, 2011. To-date, Petitioner has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

    **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. # 7)* is ADOPTED; and

2. This action is dismissed WITHOUT PREJUDICE pursuant to § 1915(e)(2)(B)(ii), *Lister v. Dep't of Treasury,* 408 F.3d 1309, 1312 (10th Cir. 2005), and *Trujillo v. Williams,* 465 F.3d 1210, 1217 (10th Cir. 2006) .

                                                                                    _____
                                                                                  UNITED STATES DISTRICT JUDGE